## (November 22, 1940.)

In the Matter of the Application of ARLINGTON C. HALL, Petitioner, Respondent, for a Peremptory Order Pursuant to Article 78 of the Civil Practice Act, against

Edward P. Leonard, as Borough Superintendent of Buildings for the Borough of Bronx, Defendant, Respondent. Fieldston Property Owners Association, Inc., Petitioner, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the petitioner, respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See, also, ante, p. 591.] [174 Misc. 454.]